USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

TYREEK JAMES & OMARI WILLIAMS,

Defendants.

20-cr-701 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court has received the attached communication from the Bureau of Prisons seeking an extension of time to submit the psychiatric evaluation of defendant Omari Williams until July 30, 2021. The application is granted.

Therefore, the conference scheduled for **July 14, 2021 at 9:00 am** is adjourned until **August 11, 2021 at 9:00 am**. Because a continuance is in the interest of justice and is needed to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **June 28, 2021** until **August 11, 2021**, from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the defendants and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

In addition, because the Court is awaiting a report as to the mental competency of defendant Williams to proceed, time is

also excluded from Speedy Trial Act Calculation, pursuant to 18 U.S.C. § 3161(h)(1)(A).

**SO ORDERED.**

**Dated:** **New York, New York**
**June 28, 2021**

_____
**John G. Koeltl**
**United States District Judge**

# Koeltl NYSD Chambers

**From:** Robin Watkins <R1Watkins@bop.gov>
**Sent:** Monday, June 28, 2021 9:54 AM
**To:** Koeltl NYSD Chambers
**Subject:** Williams, Omari - Docket #20-CR-701

CAUTION - EXTERNAL:

Good Morning, Judge Koeltl:

I am the forensic psychologist assigned to complete a forensic evaluation of the above-named defendant. I am writing with an update regarding the status of the evaluation and a request for additional time to complete the associated written report.

As of June 3, 2021, the defendant completed the face-to-face portion of the evaluation, and the U.S. Marshals were notified at that time that the defendant was ready for return to her jurisdiction. The defendant departed the institution on 6/24/2021. Unfortunately, our department has been experiencing a backlog in forensic reports due to the increased clinical demands of the inmate population related to our COVID-19 protocol and being short one Forensic Psychologist in the department. Consequently, I am respectfully requesting an extension of time to complete the report associated with this evaluation. If granted, I will have a copy of the report ready for the Court by July 30, 2021.

I sincerely apologize for any inconvenience this unavoidable delay may cause. Please feel free to contact me with any additional questions or if you require more information to consider this request. Thank you for your time and consideration.

Very Respectfully,

Robin Watkins, Ph.D., ABPP
Forensic Psychologist
MCC Chicago
71 W. Van Buren St.
Chicago, IL 60605
(312) 322-0567 x1469
Fax: (312) 347-4026

"This message is intended for official use and may contain SENSITIVE information. If this message contains SENSITIVE information, it should be properly delivered, labeled, stored, and disposed of according to policy."

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.