UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -

TYREEK JAMES,

             Defendant.

20 Cr. 701-1 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The sentencing for Tyreek James is scheduled for November 5, 2021 at 10:00 a.m. The defendant's submissions are due 14 days before the sentencing. The government's submissions are due 8 days before the sentencing.

SO ORDERED.

Dated:    New York, New York
            July 28, 2021

                                         John G. Koeltl
                                     United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/21