# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

October 15, 2021

**VIA ECF**

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:   *United States v. Tyreek James*, 20 Cr. 701 (JGK)

Dear Judge Koeltl:

I write with the consent of the government to respectfully request an adjournment of approximately 60 days of Mr. James' sentencing hearing, currently scheduled for November 5, 2021. I am starting a trial before Judge Preska on November 8, 2021, that is anticipated to last at least four weeks. An adjournment of Mr. James' hearing would allow me to complete the collection of relevant mitigation materials, and effectively prepare for his sentencing.

Thank you for your consideration of this application.

Respectfully submitted,

Tamara L. Giwa
Counsel for Tyreek James
Federal Defenders of New York
(917) 890-9729

Cc:   AUSA Samuel Rothschild (via ECF)

*Adjourned to Friday, January 22, 2022, at 11:00am. SO ORDERED.*

*10/18/21*  */s/ John G. Koeltl, USDJ*